

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Mickey Lee Bates, Appellant

No. 06-14-00096-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 25346). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating. Concurring Opinion by Justice Burgess.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Mickey Lee Bates, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 17, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk